IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN**                                                              **PETITIONER**

**V.**                        **NO: 5:18CV00300 BRW/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Petitioner Derrick S. Galvin ("Galvin"), an inmate in the custody of the Arkansas Department of Correction ("ADC"), filed a *pro se* petition for writ of habeas corpus on November 27, 2018. Docket entry no. 1. Galvin did not file an application for permission to proceed *in forma pauperis*, nor did he submit a filing fee. As a result, on December 7, 2018, the Court directed Galvin to either submit the filing fee or a complete *in forma pauperis* application. Galvin was directed to comply with the Court's order no later than 30 days after the entry of the Order. He was also

notified of his responsibility to comply with Local Rule 5.5, requiring him to prosecute his case diligently and respond to communication from the Court.  Galvin was specifically informed that failure to comply with the Court's December 7 Order would result in the recommended dismissal of the case without prejudice.  Docket entry no. 2.

On December 18, 2018, Galvin filed a motion for leave to proceed *in forma pauperis*, as well as a motion to change the respondent's name.  Docket entries nos. 3 & 4.  On January 7, 2019, the motion to proceed *in forma pauperis* was denied, and Galvin was directed to pay the filing fee on or before February 7, 2019.  Docket entry no. 5.  Galvin has not paid the filing fee or otherwise responded to the Court's Order.  Under these circumstances, the Court concludes that Galvin's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, we recommend that Galvin's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO ORDERED this 12th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE