IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN**                                                                                   **PETITIONER**

**V.**                                **5:18CV00300 BRW/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

**ORDER**

I have received proposed Findings and Recommendations (Doc. No. 6) from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, I approve and adopt the Findings and Recommendations in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). I find no issue on which petitioner has made a substantial showing of a denial of a constitutional right. The certificate of appealability is DENIED..

IT IS SO ORDERED this 5th day of March, 2019.

                                                                                     <u>Billy Roy Wilson</u>
                                                                            UNITED STATES DISTRICT JUDGE