# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DERRICK S. GALVIN**                                                  **PETITIONER**

**V.**                     **5:18CV00300 BRW/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## JUDGMENT

Based on the Order entered today, judgment is entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought and certificate of appealability are denied.

IT IS SO ORDERED this 5th day of March, 2019.

                                            Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE